# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# CIVIL CASE NO. 2:12-cv-00048-MR

| | |
|---|---|
| THE ESTATE OF STEVEN MOSES, by and through its Executor Beth Moses, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>WELLS FARGO BANK, N.A., )<br>)<br>Defendant. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' joint Motion for Substitution of Parties [Doc. 32] and the Notice of Hearing [Doc. 33] regarding the same.

On June 19, 2014, the Court entered an Order allowing until July 18, 2014 for any other party to appear and contest the substitution of the Estate of Steven Moses, Deceased, by and through its Executor Beth Moses, as a party to this action. To date, no other interested party has appeared to propose a different party to substitute for the late Steven Moses. Accordingly, the Court will allow the substitution.

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Substitute Party [Doc. 32] is **ALLOWED**, and the Estate of Steven Moses, Deceased, by and through its Executor Beth Moses, is hereby substituted as the Plaintiff in this action.

**IT IS FURTHER ORDERED** that counsel for the Executor shall file a Notice of Appearance on behalf of the Estate of Steven Moses, Deceased, by and through its Executor Beth Moses, and this and all future filings in this case shall be submitted under that caption.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge